**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-7820

———————

WILLIAM ROBERT RUNNELLS, JR.,

                              Petitioner - Appellant,

        versus

HARLEY LAPPIN, Warden, Federal Correctional
Institution, Butner, North Carolina,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Terrence W. Boyle, Chief Dis-
trict Judge.  (CA-97-398-5-BO)

———————

Submitted:  August 27, 1998      Decided:  September 10, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Robert Runnells, Jr., Appellant Pro Se.  Robert Edward
Skiver, Assistant United States Attorney, Raleigh, North Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief in this action challenging the adequacy of his medical care under both Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Runnells v. Lappin, No. CA-97-398-5-BO (E.D.N.C. Dec. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2